IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and GLENDA L. REPP, Revenue Officer of the Internal Revenue Service,<br><br>Petitioners,<br><br>vs.<br><br>DARRELL E. DRISKELL,<br><br>Respondent. | Case No. 05-9004-MC- W-ODS |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pending before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. # 7). Respondent has not filed any objections to the Report and Recommendation and the time for doing so has passed. Having reviewed the record de novo, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the Order of the Court and directs compliance with the summons on a date and time agreed upon by Officer Repp and Respondent Darrell E. Driskell, not later than sixty days after the date of this Order.

IT IS SO ORDERED.

DATE: April 25, 2006        /s/ Ortrie D. Smith
                            ORTRIE D. SMITH, JUDGE
                            UNITED STATES DISTRICT COURT